139606

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
BY MAIL
MAY 07 2002
CLERK US DIST COURT
ST. PAUL, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02CV 796 MJD/RLE Case Title: Hair Diamond v Michelle Thompson

**Affidavit of Movant**

I, Eric J. Rucker, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Susan Moon, an attorney admitted to practice in the ______ District of Arizona, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Hairdiamond, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature]  MN Attorney License #: 240552  Date: 5/6/02

**Affidavit of Proposed Admittee**

I, Susan Moon, am currently a member in good standing of the U.S. District Court for the ______ District of Arizona, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Susan Moon  Signature: [signature]  Date: 5-2-02

Attorney License Number: 020596

Law Firm Name & Address: Fennemore Craig
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012-2913

Telephone: ( ) 602-916-5394

Motion Granted: Richard D. Sletten,
For the Court: Richard D. Sletten, Clerk
nmc

Date: MAY 07 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/0

MAY 07 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______