UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Hairdiamond, Inc., an
Arizona corporation, d/b/a
HD, Inc.,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Michelle Thompson,

Defendant.

Civ. No. 02-796(MJD/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Michael J. Davis, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 9th, 2003
At Duluth, Minnesota

FILED JUL 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

11