**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HAIRDIAMOND, INC. d/b/a HD, INC., an Arizona corporation,

Plaintiff,

vs.

MICHELLE THOMPSON,

Defendant.

**Civil No. 02-796MJD/RLE**

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff/Counter-Defendant Hairdiamond, Inc., d/b/a HD, Inc. and Defendant/Counter-Plaintiff Michelle Thompson, acting through their undersigned counsel of record, hereby stipulate that the above-captioned matter, including all claims and counterclaims asserted therein, should be dismissed with prejudice and on the merits, with each party to bear its own costs.

Dated: August 12, 2003

[signature]

Eric J. Rucker (#240552)
Jason R. Asmus (#319405)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Attorneys for Plaintiff/Counter-Defendant Hairdiamond, Inc. d/b/a HD, Inc.

Dated: AUGUST 13, 2003

[signature]

Gerard M. Nolting (#121319)
Julie Potts Close (#317184)
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant/Counter-Plaintiff Michelle Thompson

FILED AUG 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1538859v1

Haridiamond, Inc. v. Michelle Thompson, Civil No.: 02-796 (MJD/RLE)

**ORDER**

Pursuant to the above-referenced stipulation, IT IS HEREBY ORDERED AS FOLLOWS:

The above captioned matter, including all claims and counterclaims asserted therein, shall be, and hereby is, dismissed with prejudice and on the merits, with each party to bear its own costs.

Dated: August 25, 2003

BY THE COURT

Michael J. Davis

The Honorable Michael J. Davis
United States District Judge

M1:998726.01



1538859v1